UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLEN DESHAUN FARMER, P36745,

    Petitioner,

  v.

J. SOTO, Warden,

    Respondent.

Case No. 16-cv-00208-SK (PR)

**ORDER OF TRANSFER**

Petitioner seeks federal habeas review of a conviction from Madera County Superior Court, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Petitioner is incarcerated at California State Prison, Los Angeles County, which lies within the venue of the Central District of California, Western Division. See id. § 84(c)(2).

Venue is proper in a habeas action in either the district of conviction or the district of confinement, see id. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

Because Madera County lies in the Eastern District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: January 20, 2016

_____
SALLIE KIM
United States Magistrate Judge