# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN DESHAUN FARMER,<br><br>        Petitioner,<br><br>    v.<br><br>J. SOTO,<br><br>        Respondent. | Case No. 1:16-cv-00096-EPG-HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY AS MOOT<br><br>(ECF No. 19) |

Petitioner is a state prisoner who proceeded *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 28, 2016, the Court dismissed the petition as successive. (ECF No. 14).

On June 29, 2016, Petitioner filed the instant motion for a certificate of appealability. (ECF No. 19). In the April 28, 2016 order dismissing the petition, the Court found that "reasonable jurists would not find the Court's determination that Petitioner's federal habeas corpus petition should be dismissed debatable or wrong, or that Petitioner should be allowed to proceed further" and declined to issue a certificate of appealability. (ECF No. 14 at 4).

///
///
///
///

1

Given that the Court previously declined to issue a certificate of appealability in the final order dated April 28, 2016, the instant motion for a certificate of appealability is DENIED as MOOT.

IT IS SO ORDERED.

Dated: **August 16, 2016**          /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE